NICHOLAS FARIELLO, Appellant, *v.* PATRICK H. MURRAY, Surviving Partner of CASEY & MURRAY, Respondent.

*Fariello* v. *Murray*, 167 App. Div. 959, affirmed.

(Submitted December 21, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 5, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The complaint alleged

that defendants entered into a contract with plaintiff, whereby it was agreed that plaintiff should procure and provide all of the Italian laborers and help required in carrying forward certain work and that defendants would procure all of said help necessary through the plaintiff; that it was understood that plaintiff's consideration for procuring the help was to be the profits which he would realize from the sale of provisions, food and keep of the laborers so provided by him; that Casey & Murray rented to the plaintiff a building within the canal zone to be used by plaintiff for that purpose, and that it was contemplated, talked and agreed that the plaintiff should provide himself with other facilities and buildings for that purpose, which he did provide; that the plaintiff at all times furnished to the defendants all of the help required by them; that subsequently and on or about January 1, 1909, defendants sublet a portion of said work to one McCaghey, a contractor, and another portion to Lathrop, Shea & Henwood, and that the said contractors performed part of said work; that McCaghey employed about fifty Italian laborers that the plaintiff was not called upon to procure and that Lathrop, Shea & Henwood employed about seventy-five Italian laborers that did not board, lodge, etc., with the plaintiff, and that thereby plaintiff suffered damages.

*Charles J. Palmer* for appellant.

*George W. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.